IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION

KING JUDAH, Executor for the Cestui Que Trust of

DEREK TARELL MACKROY(c),

Plaintiff,

v.

OFFICER R. GRAHAM (WR23 #2071),

In His Personal and Official Capacity,

Defendant.

Case No.: To Be Assigned

COMPLAINT FOR DAMAGES UNDER 42 U.S.C. § 1983

## INTRODUCTION

This is a civil action brought under 42 U.S.C. § 1983 for constitutional violations committed by Officer R. Graham (WR23 #2071), who used his uniform, weapon posture, and authority to terrorize, threaten, and inflict trauma on the Plaintiff and his six-year-old son on June 6, 2025, during an unlawful eviction operation. The Plaintiff seeks full compensatory and punitive damages for violations of constitutional rights, emotional injury, and endangerment.

## JURISDICTION AND VENUE

Jurisdiction is proper pursuant to 28 U.S.C. §§ 1331 and 1343. Venue is proper in this district because the events giving rise to these claims occurred in the Middle District of Florida.

## PARTIES

Plaintiff, King Judah, is the Executor for the Cestui Que Trust of DEREK TARELL MACKROY(c), and lawful occupant of the private trust property located at 2288 Wautoma Place, Orlando, FL.

Defendant, Officer R. Graham (WR23 #2071), is a law enforcement officer employed by the Orange County Sheriff's Civil Division and is sued in his individual and official capacities.

## STATEMENT OF FACTS

1. On June 6, 2025, Defendant Graham participated in an unlawful removal operation from trust property despite no valid writ or due process.

2. During said operation, Officer Graham approached the premises in an aggressive posture with his hand visibly resting on his weapon in a ready-to-draw position.

3. This hostile display was intentionally executed in front of the Plaintiff's six-year-old son, a trust-protected minor, causing trauma and psychological harm.

4. Plaintiff and minor had committed no crime, nor was there a lawful basis for a show of force or threat of deadly action.

5. Officer Graham's posture and energy were antagonistic, retaliatory, and meant to intimidate a peaceful family who had active federal filings, lien enforcement, and visible signage present.

6. These actions represent retaliation, harassment, child endangerment, and abuse of authority under color of law.

CLAIMS FOR RELIEF

Count I - Fourth Amendment Violation

Unreasonable show of force, unlawful seizure, and threat of deadly force without probable cause.

Count II - Fourteenth Amendment Violation

Deprivation of due process and protection, psychological injury to minor.

Count III - First Amendment Retaliation

Targeted response to Plaintiff's lawful trust enforcement, filings, and public speech.

Count IV - Child Endangerment (Fla. Stat. § 827.03)

Endangerment through aggressive police conduct in front of a minor.

Count V - Intentional Infliction of Emotional Distress

Outrageous conduct with intent to inflict harm.

Count VI - Abuse of Power/Color of Law (18 U.S.C. § 242)

Willful use of power without legal justification or protection of rights.

RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Award compensatory and punitive damages in the amount of $750,000;

2. Order disclosure of Defendant's badge, full name, oath of office, and liability insurance bond;

3. Issue an injunction barring further approach or interaction with Plaintiff and trust beneficiaries;

4. Authorize lawful seizure of any real or personal assets to satisfy judgment if unpaid;

5. Enter judgment confirming all violations occurred under color of law;

6. Grant such further relief as justice and divine order require.

Respectfully Submitted,

This 18th day of June, 2025

By:

King Judah

Executor for the Cestui Que Trust of DEREK TARELL MACKROY(c)

2288 Wautoma Place

Orlando, Florida 32818

King Judah, Trustee          6-20-25
_____      _____
King Judah, Executor                Date

612 W. 13TH ST.
Apopka, Fl. 32703